**Darrell J. HARPER, Plaintiff–Appellee,**

v.

**Jeff BECK, Defendant–Appellant.**

No. 04–20838
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

June 19, 2006.

Darrell J. Harper, Houston, TX, for Plaintiff–Appellee.

Lionel Mark Schooler, Jackson Walker, Houston, TX, for Defendant–Appellant.

Before GARWOOD, HIGGINBOTHAM and DAVIS, Circuit Judges.

PER CURIAM: *

Jeff Beck appeals the denial of his motion for sanctions. Beck renewed his motion (which had not been ruled on) that sanctions be imposed against Darrell J. Harper the day following the dismissal of Harper's civil rights complaint. Beck avers that the district court should have sanctioned Harper for his repetitive and frivolous pursuit of litigation.

The district court denied Beck's motion for sanctions without assigning any rea-

---

* Pursuant to 5TH CIR. R. 47.5 the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

sons. We are therefore unable to conduct a meaningful review of the district court's order. *See Copeland v. Wasserstein, Perella & Co., Inc.,* 278 F.3d 472, 484–86 (5th Cir.2002). We vacate the district court's order denying sanctions and remand for an explanation of whatever ruling the district court might make on the sanctions issue on remand.

VACATED AND REMANDED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.